UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| QUINTON ELDRIDGE CRUCE<br>　　　　Plaintiff,<br><br>VS.<br><br>LAMPASAS COUNTY, TEXAS, THE CITY OF LAMPASAS, LAMPASAS COUNTY SHERIFF'S OFFICE, LAMPASAS POLICE DEPARTMENT, OFFICER LARRY C. WILSON, OFFICER JOSH WATSON, DEPUTY LOGAN JONES AND DEPUTY DENNIS JAMES<br>　　　　Defendants. | CAUSE NO. 1:18-CV-00420-LY |

## AGREED DISMISSAL BY STIPULATION

COMES NOW, Plaintiff Quinton Eldridge Cruce, by and through his counsel of record, and, pursuant to Federal Rule Civil Procedure 41(a)(1) and with the agreement of all parties, hereby agrees to voluntarily dismiss any and all claims asserted against Defendants Lampasas County, The City of Lampasas, Lampasas County Sheriff's Office, Officer Larry C. Wilson, Officer Josh Watson, Deputy Logan Jones and Deputy Dennis James that are made the basis of its cause, with prejudice.  Plaintiff and represents to the Court that all matters in controversy between these parties and made the basis of Plaintiff's cause of action as against *Defendants Lampasas County, The City of Lampasas, Lampasas County Sheriff's Office, Lampasas Police Department, Officer Larry C. Wilson, Officer Josh Watson, Deputy Logan Jones and Deputy Dennis James* have been resolved.

Respectfully submitted,

**CORBIN & ASSOCIATES, P.C.**
603 N. 8th Street
Killeen, Texas 76541
(254) 526-4523
FAX (254) 526-6711

By: _____
Daniel A. Corbin
State Bar No. 0481300
legal@corbinlegalteam.com

Attorneys for Plaintiff,
*Quinton Eldridge Cruce*

### Certificate of Service

I here certify that a true and correct copy of the foregoing and attached **Agreed Dismissal by Stipulation** has been provided to the offices of:

Joanna Lippman Salinas
**FLETCHER, FARLEY,
SHIPMAN & SALINAS, L.L.P.**
2530 Walsh Tarlton Lane, Suite 150
Austin, Texas 78746

J. Greg Hudson
**HUDSON & O'LEARY LLP**
1010 Mopac Circle, Suite 201
Austin, Texas 78746

via Electronic Service, in accordance with the Federal Rules of Civil Procedure, on ____5/31____, 2019.

_____
Daniel A. Corbin