IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 MAY 31 PM 3:59
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| QUINTON ELDRIDGE CRUCE, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. A-18-CV-00420-LY |
| | § | |
| LAMPASSAS COUNTY, TEXAS, THE | § | |
| CITY OF LAMPASSAS, LAMPASSAS | § | |
| COUNTY SHERIFF'S OFFICE, | § | |
| LAMPASSAS POLICE DEPARTMENT, | § | |
| OFFICER LARRY C. WILSON, | § | |
| OFFICER JOSH WATSON, DEPUTY | § | |
| LOGAN JONES AND DEPUTY | § | |
| DENNIS JAMES, | § | |
| DEFENDANTS. | § | |
| | § | |

## **FINAL JUDGMENT**

Before the court in the above styled and numbered cause is an Agreed Dismissal By Stipulation filed May 31, 2019 (Clerk's Document No. 16). In accordance with the parties' stipulation, Plaintiff Quinton Eldridge Cruce agrees to voluntarily dismiss all claims asserted against all Defendants in this action. Having considered the stipulation,

**IT IS ORDERED** that all claims alleged in this action are **DISMISSED WITH PREJUDICE.**

All matters in controversy among these parties and made the basis of Cruce's cause of action have been resolved. As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

SIGNED this _31st_ day of May, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE